UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | INDICTMENT |
| | : | |
| v. | : | CRIMINAL NO. 5:14-CR-28-MTT |
| | : | |
| JORGE LUIS SOLORIO-RUEDA, | : | VIOLATION(S): |
| aka JORGE RUEDA, | : | 8 U.S.C. § 1326(a) |
| | : | |
| Defendant. | : | |

**THE GRAND JURY CHARGES:**

### COUNT ONE
### (ILLEGAL REENTRY)

On or about July 29, 2013, in the Macon Division of the Middle District of Georgia, and elsewhere within the jurisdiction of the Court,

**JORGE LUIS SOLORIO-RUEDA,**

defendant herein, an alien who was deported and removed from the United States on or about February 18, 2009, and also on May 3, 2012, and who had not received the consent of the Attorney General of the United States, or his successor, the Secretary for Homeland Security, to re-apply for admission, was found in the United States in Butts County, Georgia, being willfully in the United States unlawfully.

All in violation of Title 8, United States Code, Section 1326(a).

A TRUE BILL.

*s/ Foreperson of the Grand Jury*
FOREPERSON OF THE GRAND JURY

Presented by:

MICHAEL J. MOORE
UNITED STATES ATTORNEY

MICHAEL T. SOLIS
ASSISTANT UNITED STATES ATTORNEY

Filed in open court this 13th day of May, 2014.

Deputy Clerk